**MEMO ENDORSED**

# SHARINN & LIPSHIE, P.C.
## ATTORNEYS AT LAW

**"THE OMNI"**
333 EARLE OVINGTON BLVD • SUITE 302 • UNIONDALE, NY 11553
OUTSIDE OF NEW YORK STATE 1-866-691-4467
516-873-6600 • FAX 516-873-6880

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/6/12


RECEIVED JAN 2012 GEO.

VIA FACSIMILE (914) 390-4095

The Honorable George A. Yanthis
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: Giselle Rodriguez v. Sharinn & Lipshie, P.C.
Case No. 09-cv-4643

Angel Rodriguez v. Sharinn & Lipshie, P.C.
Case No. 09-cv-04646

Dear Judge Karas,

This letter is in reference to Your Honor's Order dated November 1, 2011 wherein you directed the issue of Plaintiff's attorneys' fees and cost be resolved by motion to the Court. The motion was to be filed with the Court by Plaintiff's attorney by December 1, 2011.

I respectfully request a 30 day extension in which to reply to Plaintiff's motion for attorneys' fees and costs in the above referenced actions. I did not receive a courtesy copy of Plaintiff's motion via mail or email, nor did I receive ECF notification of Plaintiff's filing of said motion on December 1, 2011. I came about the discovery of said motion while preparing my federal calendar for the year 2012. It is also worth noting that Plaintiff only filed said motion under index number 09-cv-4643 and not index number 09-cv-4646, whereas the motion referenced both cases.

I have attempted to contact my adversary with no reply. I understand the Court's frustration with the time frame in which these cases have proceeded; however Defendant would be unduly prejudiced without ample time to respond to Plaintiff's motion.

Thank you for your time and consideration.

Sincerely,

Amanda J. Moreno, Esq.
Attorney for Plaintiff

*Defendant time to respond extended to January 31, 2012. Any reply by plaintiff to be filed by February 10, 2012. So Ordered. [signature] USDJ, 1/6/12*