USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/8/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GISELLE and ANGEL RODRIGUEZ,

    Plaintiffs,

-against-

SHARINN & LIPSHIE, P.C.,

    Defendant.

---

Case Nos.: 7:09-cv-04645-GAY
             7:09-cv-04646-GAY

**[PROPOSED] ORDER SETTING JUDGMENT DEBTOR EXAMINATION**

**COURTESY COPY**

RECEIVED OCT 09 2012 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

**UPON GOOD CAUSE SHOWING** Plaintiffs' Motion for Judgment Debtor Examination is hereby GRANTED. It is further ORDERED that the Judgment Debtor Examination of Defendant, SHARINN & LIPSHIE, is set on December 19, 2012, at 9:30 a.m., in Courtroom 421 of the United States District Court, Southern District of New York, at 300 Quarropas St., White Plains, NY 10601.

It is further ORDERED that Defendant shall produce the documents requested in Plaintiff's Motion for Judgment Debtor Examination to this Court no later than one week before the date of the Judgment Debtor Examination.

11/8/12
Date

_____
Hon. George A. Yanthis
United States Magistrate Judge